```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> JOSEPH FODLALLAH HASROUTY,         )<br>                                   )<br>            Defendant.             )<br>_____) | CR. S. NO. 02-0309 LKK<br><br>GOVERNMENT'S MOTION AND ORDER<br>TO DISMISS<br>INDICTMENT PURSUANT TO RULE 48<br>OF THE FEDERAL RULES OF<br>CRIMINAL PROCEDURE |

The United States, by and through its attorneys, United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the Indictment currently pending against the defendant pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: September 29, 2010                Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney
                                          /s/ Carolyn K. Delaney
                                         CAROLYN K. DELANEY
                                         Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated: October 1, 2010                   _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT